# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ASHLEY R. KELLIM**  **PLAINTIFF**
**#13638**

v.  No: 3:22-cv-00261-BSM-PSH

**STEVE FRANKS,** *et al.*  **DEFENDANTS**

## ORDER

Plaintiff Ashley R. Kellim filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on October 4, 2022, while incarcerated at the Greene County Detention Facility (Doc. No. 2). Kellim was ordered to file a complete application for leave to proceed *in forma pauperis* ("IFP") with the required certification and calculation of initial payment of filing fee signed by a jail official (Doc. No. 3). She filed another incomplete IFP application on November 4, 2022 (Doc. No. 4), along with a notice stating that she was unable to get the required certification and calculation of initial payment of filing fee signed by a jail official (Doc. No. 5). Because her application is still incomplete, it is DENIED without prejudice.

The Clerk of Court is directed to send Kellim another blank IFP application. Kellim has an additional 30 days to file a complete IFP application. The Clerk of Court is directed to send a copy of this Order to the Greene County Sheriff so that

jail staff may be instructed to assist Kellim in completing the required documentation.

    IT IS SO ORDERED this 8th day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE