IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ASHLEY KELLIM                                                                                      PLAINTIFF

v.                                  CASE NO. 3:22-CV-00261-BSM

STEVE FRANKS et al.,                                                                           DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE